GARY M. RESTAINO
United States Attorney
District of Arizona

MARGARET PERLMETER
Arizona State Bar No. 024805
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Margaret.Perlmeter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-22-1507-PHX-SPL |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |
| (1) Shane Killian Burns, | |
| (2) Christina Danielle Patacky-Beghin, | |
| Defendants. | |

Notice is hereby given to the defendant, in accordance with Rule 16.1 of the Local Rules of Criminal Procedure, that the confessions, admissions, and statements contained in the government's disclosure will be introduced into evidence by the government at the trial in this matter.  *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted November 13, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Margaret Perlmeter*
MARGARET PERLMETER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Larry Kazan, Jason Squires.

*s/Beth Hojnacki*