GARY M. RESTAINO
United States Attorney
District of Arizona

MARGARET PERLMETER
Arizona State Bar No. 024805
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Margaret.Perlmeter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-1507-PHX-SPL |
| Plaintiff, | |
| v. | **JOINT STIPULATED DESCRIPTION OF THE CASE** |
| (1) Shane Killian Burns, | |
| (2) Christina Danielle Patacky-Beghin, | |
| Defendants. | |

The parties jointly submit the following stipulated description of the case that may be read to the jury:

This is a criminal case brought by the United States against defendants Shane Burns and Christina Patacky-Beghin. The charges allege the defendants committed conspiracy to distribute methamphetamine and fentanyl and possession of the same with the intent to distribute. The defendants have pleaded not guilty to the charges.

Respectfully submitted November 13, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Margaret Perlmeter*
MARGARET PERLMETER
Assistant U.S. Attorney

*s/ for Lawrence I. Kazan with permission*
LAWRENCE I. KAZAN
Attorney for Defendant Burns

*s/ for Jason Squires with permission*
JASON SQUIRES
Attorney for Defendant Patacky-Beghin

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Larry Kazan, Jason Squires.

/s/ *Margaret Perlmeter*
Margaret Perlmeter